# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-CR-236 (RC) |
| v. : | |
| : | |
| MICHAEL ASBURY, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO VACATE STATUS HEARING AND SET PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Asbury, with the concurrence of his attorney, move to vacate the status hearing scheduled for January 8, 2024. The parties request that the Court schedule a plea hearing on the earliest of the following dates that the Court is available: January 12, 16-18, 31, February 1-2, 2024.

Respectfully submitted,

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Carolina Nevin*
      CAROLINA NEVIN
      Assistant United States Attorney
      NY Bar No. 5226121
      601 D Street, NW
      Washington, DC 20530
      (202) 803-1612
      carolina.nevin@usdoj.gov

FOR THE DEFENDANT

*/s/ Sarah H. Olesiuk*
SARAH H. OLESIUK
Assistant Federal Defender
TN Bar No. 030290
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay St., Suite 2400
Knoxville, TN 37929