Index – Letters of Support

Paige Asbury, wife of Michael Asbury ........................................................................................ 1

A.A., daughter of Michael Asbury .............................................................................................. 2

Z.A., son of Michael Asbury ....................................................................................................... 3

Evan Melgaard, friend of Michael Asbury .................................................................................. 4

Jeremy Moore, friend of Michael Asbury ................................................................................... 5

Steve Waugh, cousin of Michael Asbury .................................................................................... 6

Jim Kennedy, former high school teacher of Michael Asbury .................................................... 7

Bill Fircetz, friend of Michael Asbury ........................................................................................ 8

Jimbo Crawford, friend of Michael Asbury and band teacher for A.A. and Z.A. ...................... 9

Bill Arant, friend of Michael Asbury ........................................................................................ 10

Kathy Hamilton, mother-in-law of Michael Asbury ................................................................. 12

Matt Gombos, friend of Michael Asbury .................................................................................. 13

Tim Garrett, friend of Michael Asbury ..................................................................................... 14

Danny Clancy, friend of Michael Asbury ................................................................................. 15

Lawrence Welda, former coworker of Michael Asbury ........................................................... 16

John Chirico, customer of Michael Asbury .............................................................................. 17

Mark and Karen Bryden, customer of Michael Asbury ............................................................ 18

Mary-Kay Butler, customer of Michael Asbury ....................................................................... 19

July 14, 2024

To the Honorable Judge Contreras,

Thank you for allowing myself and our children to put together a letter of support for my husband, and their father.

I've known Michael since the 6th grade at Halls Middle School in Knoxville, TN. I had a super huge crush on him, then and now.

We've been together since June of 2003. We've had so many good times and few bad times. I love this man with all my heart.

We have two beautiful children, and only children, whom we love beyond words. They are the most precious of babies we will ever love in our lives.

Our daughter, A.A. just got her learner's permit, and is a prominent member of the Musical Theater program at Karns High School and is a proud member of the Honors Society. Our son Z.A. , who is a 1st Dan Black Belt, is currently marching in the band at Karns High School.

We have been supportive all the way for our kids' endeavors.

So much of this wouldn't happen without their father's support.  Michael loves me and our children more than I can describe. We are so lucky as a family to be together and to have his protection.  He is truly a man of integrity, of peace, honesty, love, perseverance and trust. I know without a doubt, the love he has for me and our kids.

Please find my words to be a testimony of the character of the man I know as my husband, Michael Asbury.

Respectfully,
Paige Asbury

July 14, 2024

Dear Honorable Rudolph Contreras,

Mr. Asbury is my dad, but he isn't just a dad. He is my role model. He is my go-to for support with school, bullies, and confidence related issues. He makes it his life mission to prepare me, protect me, and provide for me. He is everything a dad needs to be and more. If he left me, I'd feel like my entire world is crumbling around me.

My dad has always kept me up on my feet and never let me fall. Without him, I'd fall harder than ever. When I was being bullied in freshman and sophomore year of high school, he encouraged me to pay no mind to what people spread about me. He helped me realize that I am so much more than what others say about me. He taught me that no one can define who I am but myself. He is a hardworking man who makes sure my family has everything we need and want. My mom loves him. They are very sweet with each other and watch movies every day on the couch together with our dog. My brother and my dad do lots of outdoor activities together. My dad is a great role model to him as well. My dad teaches him values, respect, and how to play several instruments.

My dad is great at everything he does. He fixes houses for people, and they still call and email to thank him for his work. He plays in bands with his friends, and I've been to many shows. His bands sound amazing and it makes crowds dance every time. He spends time with me such as taking me out to eat, going shopping, and having full days for just us two.

One of my most precious moments with my dad is when there was a Daddy-Daughter Dance near my elementary school. I saw a poster and asked him to take me. Of course, he said yes, and he surprised me with taking me out to dinner at Aubrey's first. We both dressed up super nice. I still have the photo we took together on my wall. It was taken in a photo booth room at the dance. Our smiles in the picture are both so wide!  He wore a suit and tie and put extra effort into his hair. I wore a striped dress, a bracelet he got for me on a prior vacation, and a pink and white corsage he bought for me.

I am so grateful for all the little things he does for me. Most importantly, he has raised me to be grateful and kind. I'm always thankful for everything he does for me. We go to the beach every year and make amazing memories. Me and my dad laughed at crabs together crawling in the sand funnily. He watched dolphins with us, and my brother uses his binoculars to see them better. There's never a dull moment with my dad. I love him so much. Mr. Asbury is not just a dad. He's the best dad.


Sincerely,
A.A.          , Mr. Asbury's daughter

2


Dear Honorable Judge Contrera,
Mr. Asbury (My Dad) is the best thing that has ever came to my life. Me & my dad hangout together, we play videogames, we go camping, we go fishing, & we go hammering together. If it wasn't for my dad I wouldn't have been the same. I would have been sad all the time & he is my best friend & he is the best dad I could have ever asked for.

From: Z.A.

3

June 18, 2024

To The Honorable Rudolph Contreras:

My name is Dr. Evan Thor Melgaard. I am a 100% disabled veteran. I was able to pursue a DBA & MBA through the GI Bill after my honorable discharge from the US Air Force. Michael Asbury has been a great friend of mine for 20 years. I have been a professional musician for almost that same time. Michael and I played music together, professionally, for years and on occasion, still play together; as he had sat in with my band a month ago.

I have always been very impressed with Michael as a person and a musician. Like me, he too is a veteran, he served in The Marine Corps. Like me, he is a talented musician, however Michael was blessed with a talent that is only present in about 1 in 10,000 people. He has perfect pitch, he can hear any tone and name it… right away. You sing "bing" he says "E flat". That has always struck me as amazing.

As long as I've known Michael, he has always been a great person who has worked extremely hard for himself and his family. As a father myself to 4 daughters, I recognize him as a benevolent family man. He is a great dad. Not only have we both played music and written songs together, but our families have spent time together, as well.

I spoke to Michael a month or so ago, and he finally told me about what he did in Washington DC. I know he knows that he made a mistake. I know he is ashamed, he kept it from me, even though I had spoken to him in that time frame after the charges were filed. He told me he felt terrible about what he did. I truly believe he is extremely sorry for his actions, actually, I know for a fact he is. I would bet my life on it, Michael has learned his lesson. I would ask that any punishment your Honor sees fit, please allow him to continue to work and provide for his family. Thank you for your time.


Sincerely,

Dr. Evan Thor Melgaard

April 23, 2024

Dear Judge Contreras,

My name is Jeremy Moore and I work for a civil engineering firm in Knoxville, TN. I first met Michael Asbury almost 20 years ago when we started a rock and roll band in his garage. Since that day, I have always considered him to be a close, personal friend as well as a fellow bandmate. Mike is one of the few people that I know who can pick up just about any instrument and make it sound like he's been playing it for years. I have never known him to be anything other than an honest, hard-working, dedicated family man who often puts his own needs aside to make sure that the people around him are well taken care of.

Mike and I don't often agree on our politics, but we made a pact several years ago that our friendship and the music that we make together is much more important. I have always known that his heart is in the right place. I think the fact that we were able to look past these differences and still remain friends for all of these years speaks volumes about his character.

The thought of Mike going to jail, and the impact that it will have on his family, both saddens and terrifies me. I ask that you please take these things into consideration when you make your final ruling in this case, and please consider probation instead of jail time. His friends, family, and especially his children would be forever grateful. Thank you very much.

Sincerely,

Jeremy Moore

May 31, 2024

Honorable Rudolph Contreras,

My name is Steve Waugh and I am the Assistant Principal at Clinton High School. I am writing to you today about my cousin Michael Asbury. I have known Mr. Asbury his entire life. Mr. Asbury has been a great father to a young family and also a caring member of our community. Mr. Asbury is known to go into local high schools and help spread his love of music with high school students. He has performed in plays and musicals from 2021 -2024.
Mr. Asbury did these without asking for anything in return.


Please reach out to me if you have any questions


The Best,

Steve Waugh
Assistant Principal
Clinton High School

6

May 25, 2024

To: The Honorable Rudolph Contrera,

My name is Jim Kennedy and I am the current music teacher at Powell High School of the Knox County School System. I have held this position for the last 35 years and have been teaching in Knox County Schools since 1982.

Michael Asbury was one of my students in the late 1990's and we have stayed in touch, off and on, since his graduation in 1997. When he was a student here, Michael was extraordinary as a musician. He has a gift and a talent that allows him to excel in music.

As a teenager, Michael did not always make the right choices in every situation, but was wise enough to learn from his mistakes. His heart was always in the right place, but he was somewhat lacking in the common-sense category which would sometimes get him in a bind. As an experienced teacher of 42 years, I know that this scenario is not uncommon amongst teenagers. What I remember most about Michael is not the choices he made but the way that he dealt with the consequence of his actions. He sincerely cared for the feelings and well-being of others and always thought of others first. He is a kind person.

As a teacher and mentor, it is satisfying when my former students reach out to share their adventures and life stories with me. Michael has kept me updated with his life journey over the years and am proud to be associated with the man he has become. During the first week of May, 2024, he returned with 4 of his classmates that he used to sing with when they were in high school. They were known as The Harmonics and they were fantastic. With only one short rehearsal, the men reunited and sang some songs on this year's final concert that they had not performed together in over 25 years. The Harmonics gave a stellar performance that evening which brought tears to my eyes as well as most of our audience. We just didn't just hear the music, we felt it. This was an example of how I know Michael. He simply makes me feel better when he is around. He is a compassionate person and from the heart with the people that surround him. I will always think of Michael as being a kind soul that has had a positive impact on my life when he was a teenager and currently as my friend.

Sincerely,

Jim Kennedy

███████████████████

July 4, 2024

Dear Honorable Judge Rudolph Contreras:

My name is Bill Fircetz. I work in sales as a Senior Oncology Account Manager in Knoxville, TN for Pfizer, Inc.. I have worked in the Biotechnology/Pharmaceutical Industry for over 24 years and I have lived in Knoxville since 2007.

I met Mike Asbury thru association with my high school friends from Virginia who had moved to Knoxville in 1991. I have known these men for 40 years, and Mike since 2007. Mike had worked in the construction business with a couple of these friends. He was well liked and was thought of as a hard-working and dependable employee. I would see him out at social functions with my friends frequently and that also included weekend getaways. My relationship with Mike grew over time thru a common interest in music. In 2009, we started a band and have been playing music off and on since that time. My wife Cindy and I consider Mike and his wife Paige good friends. Over the years we have spent a lot of time together including vacations. Mike also donated his time and construction expertise to help us finish out our basement, and with an Airbnb condo rebuild in downtown Knoxville. This condo was featured in Knoxville's Parade of Homes in 2018.

A couple of words that I feel best describe Mike are passionate, gifted, loyal and jovial. He is a gifted musician, who can basically play any instrument. It truly is amazing to watch him pick up an instrument and figure out how to make it talk. As a friend, he is always present and willing to help when needed. Once you are a good friend with him, you will always be a good friend. Mike is a devoted husband and father to his two kids, A.A. and Z.A.. His positive influence on A.A. and Z.A. are evident in the way these kids handle themselves and the impact that they are each making in the community as they are becoming young adults. Mike has quick wit and is always one to help light up a room and put smiles on peoples faces. His musical ability and talent has been admired for years by band members internally and externally by the many people that have seen us play. His impact and leadership within our band helped us play extensively throughout Knoxville. We played "The Shamrock Fest" 3 years in a row on St, Patrick's Day, which benefited the National Kidney Foundation. He has also used his musical ability throughout Knoxville and surrounding areas. Over the years that I have known him, he has played music for numerous bands, school events (including his kids schools), church events, leading and arranging the music for Christmas Musicals, and a host of other venues. Personally, for me, being able to share the stage with Mike over the years has been an honor, he makes all of us better musicians.

I hope this helps give you better insight into the man that will be standing before you. He is a trusted and loyal friend to many and a devoted loving husband and father. I am proud to call him my friend.

Sincerely,

William Fircetz

8

Mr. Rudolph Contreras,

Thank you for the opportunity to write about my friend, Mr. Michael Asbury. My name is Jimbo Crawford Jr. and I'm a teacher in the Knox County School district in East Tennessee. I am the director of bands at Karns High School and have held this position for 14 years. Being from the Karns community, I'm well connected with the people around me and the neighborhoods I serve. I hold a masters degree from Carson-Newman University in Curriculum and Instruction. I'm married to my wife of 26 years and have three children, one of which is also a kindergarten teacher in our community.

I've known Micheal Asbury for over 20 years. We met during our brief stint in community college together. Also a musician, Mr. Asbury and I immediately became friends over our similarities in musical taste and desire to pursue it. We performed in the jazz band together as well as starting our own band together off-campus.

The past two years I've also had the pleasure of teaching Mr. Asbury's children in my programs at school. It's been great to add that new aspect to our existing connections. Mr. Asbury and his wife (who works at our community middle school) are both very supportive of their children's education and show up regularly to watch them rehearse and perform. Mr. Asbury has volunteered to build sets, cook burgers, move equipment, and donate his time to the music programs at our school.

Mr. Asbury has been a loyal friend to me and my family over the years. He's helped me on simple home renovations and I've returned the favor with car repairs. He's shared vegetables from his garden and I've cooked them up for him. He's one of the people I can count on when the going gets tough. He's not scared of hard work or long hours. Since he lives so close to me (about 5 minutes away), we are always helping each other out.

He's always chosen to stand up for what's right and will defend his friends and family tirelessly. I've known him to be a man of faith and to lead his family accordingly.

As a craftsman, Mr. Asbury takes pride in his work and loves to serve his community. He's been a great carpenter ever since I've known him and he's worked for various companies in the area. Currently, he's doing renovations and restorations in and around West Knoxville. I've always admired his talent with woodworking and his craftsmanship with trim carpentry. With his skillset, he's never had an issue being gainfully employed, and with that, being able to support his family.

As you can see, my opinion of Michael Asbury is very high, based on our experiences together throughout the years. He's one of my oldest, and most constant friends. Please consider my letter when you begin gathering information and learning about my friend, Michael Asbury.

Sincerely,

Mr. Jimbo Crawford

9

July 2, 2024

Dear Honorable Judge Rudolph Contreras:

   My name is Bill Arant.  I have lived and worked in East Tennessee for the past 30 years.  I am currently the general manager for Whispering Resorts Inc. in Walland Tennessee, a company involved in the hospitality industry.

   I have known Mr. Asbury since 2010 at which time I met Mike through our common interest in music.  We have performed in the same band throughout those years on a relatively limited basis.  Throughout that time, there have been countless practices, many shows, and social interactions unrelated to music.

   Having Mr. Asbury as part of the band has been an extremely positive and rewarding experience.  Not because he is the most versatile and talented member, but because he is an excellent teacher and leader that knows how to nurture in a positive manner.  Mike grew to be like a brother in many ways.  His interaction with the band members, his fans, and the proprietors of the venues played, made him someone that everyone wanted to be around.  He is well-loved by many.

   I think its important to note that while the political views of the members of the band are quite diverse, Mike has always deeply respected the beliefs of others, treating everyone one equal footing and simply by their character alone.

   My relationship with Mr. Asbury has not been strictly limited to music.  We have been involved in several social outings together and I have visited Mike at his home.  I have had many opportunities to spend time with Mike around his wife and two children.  As I have told Mike on many occasions, especially Father's Day, I believe he is a fantastic parent and husband.  I don't often say those words, but Mike is truly unique in this respect.  It is clear he deeply loves and cares for his family and shows it in a way that I wish more parents in this world would emulate.

   Several years ago, I hired Mr. Asbury to assist with a project at one of our properties.  He did very good work, on budget, and on time.  There have also been occasions when Mike volunteered his time and skills.  Many times, Mike spent his nights and weekends helping his friends with projects around the home and with business development ventures.  This was just another example of Mike's character; one we have all come to love and respect.

Lastly, Mr. Asbury is one of those few people who make those around him smile, laugh, and have a better day.  That statement might translate as disingenuous to those that do not know him, but it is true.  Mike is simply one of those people, and we have all been better for it.

Sincerely,

Bill Arant

July 15, 2024

To The Honorable Rudolph Contreras

My name is Kathy Hamilton, and I am retired. I wanted to reach out to you on Michael's behalf. Michael is my son-in-law and I have known him for 21 years. I am so very proud of him. He is all about his family. I can tell you that his family is everything to him. He is a great provider and one of the best husbands and fathers I have ever known.  He is a hard worker and takes great care of his family.

I can call him at any time for help and he has never hesitated to do whatever I ask. He is always dedicated to going the extra mile to help a family member or friend.  I sleep well at night knowing that Michael is taking care of my daughter and my two precious grandchildren.

Thank you,

Kathy Hamilton

April 21, 2024

Dear Honorable Rudolph Contreras,

My name is Matt Gombos.  I am an IT Specialist for the law firm Baker Donelson.  I have known Michael Asbury since we were in middle school.  A little over 30 years at this point.  He is one of my longtime closest friends.  A hardworking, family man that when not working at his job can usually be working on his home or spending time with his wife and kids.  You might find them camping out, fishing, or traveling somewhere.  He has a big heart and will go out of his way to help others.  I've called on him myself for help with work needing to be done at my house, or if I needed help with a project, he's a good person to help filter through ideas.  If I needed someone to talk to, he was there for me.

He continues to be a great friend to me, and he and his family have been a big part of my life since I've met him.  One of our common interests is playing music.  We often have met up at our homes to play and we've been fortunate throughout the years to perform together in many venues around Knoxville and I consider those to be some of my favorite memories.

Thank You.

Matt Gombos

Tim Garrett



4/16/24

Re: Michel Asbury

Dear Honorable Rudolph Contreras,

My name is Tim Garrett. I am a Juvenile Correctional Officer in Knoxville TN. I am writing on behalf of a dear friend of mine, Michael Asbury. I have known him for seventeen years and I have always found him to be a very humble and gentle person. I met Michael while operating a recording studio in Knoxville TN, and we became very close friends. We ultimately produced a music album together. It was also during this time that his first child was born, and I watched him become a wonderful father. Michael and Paige are raising their children to be great kids who are involved in many positive extracurricular activities.

I would like to sincerely ask the court to take these things into consideration while he is under your jurisdiction.

Respectfully Submitted,

Tim Garrett

14

July 12, 2024

Dear Honorable Judge Rudolph Contreras:

My name is Danny Clancy. I have lived in Knoxville Tennessee my entire life. I worked as an Optician in my father's optical shop for over 20 years before I decided to open my own Restaurant/Tavern a little over 11 years ago.

I met Mike Asbury thru some friends that I had grown up with since grade school. I have known Mike for close to 13 years now and consider him a great friend. Mike is a very loyal, hardworking, talented beyond belief musician and a great family man. I have spent a great amount of time with him and his family not only socially but the many times he has volunteered to help me with construction projects at the Tavern. I have also been fortunate enough to have Mike and his band play at the Tavern on many occasions since we opened in 2013.

I few words that come to mind that I feel may give you some insight as to the type of man Mike is, are passionate, loyal, patriotic, caring and over all just a great guy.

Lastly, Mike is one of the best family men that I know. He cares for his wife and children like no other. He has taught me so much of how a real husband and father should act. I am proud to have him as a friend and know that I can count on him no matter what.

Sincerely,

Danny Clancy

15

June 19, 2024

To the Honorable Rudolph Contreras:

I am writing this letter on behalf on Michael Asbury.  I have known him for 3 years.  We worked together as Construction Managers for AR Homes.  In my experience, Michael is very dedicated and dependable.  He was an integral part of the team, always willing to jump in and support others when needed, often times volunteering help without being asked.  I have been on several outings with Michael and his wife, he is very devoted to her and his family and seems to keep them as his first priority.  He speaks of his children often and is every bit the proud father.

Thank you,
Lawrence Welda

*Construction Manager*
**The Ernst Group, LLC**

June 18, 2024

The Honorable Rudolph Contreras
United States District Court Judge

Dear Honorable Rudolph Contreras,

My name is John Chirico and I'm a geologist who has been in the oil and gas industry for over 40 years. I'm currently retired and living with my wife of 38 years in Lenoir City, TN.

I understand that Michael Asbury will be going before your court with regards to him being at the Capital Building in Washington D.C. on January 6, 2021. I certainly do not know all the details of the case but would just like to say a few words on his behalf.

I've gotten to know Michael pretty well over the last few years as he was one of the foremen, and our main contact for the contractor, (Oakmont Homes) that built our home in Lenoir City, Tennessee. We lived nearby during the build, so we got to see and talk to Michael on what seemed like a daily basis and became friends. We got to know him and his wife Pagie.

Michael has been nothing but professional, helpful and kind to my wife and I both during and after construction. Building during Covid was not fun with delays and increased cost, but Michael was compassionate and caring towards us at a time that was very stressful for everyone. He went out of his way to make sure our concerns/issues were taken care of with regards to our home. No call or text to his phone was left unanswered. Many of our friends here also used Oakmont Homes to build and they were also the benefit of having Michael working at their homes. He went out of his way to make sure we were all taken care of.

As a former employer who has hired and managed many people over the years, I believe I have a good background on reading people and their character. He is a hard-working family man with two teenage children and without a doubt very involved with their lives. Whether going to their sporting events, camping on weekends, family day trips or playing music in his garage, his time away from work is mostly spent with his family. He is also a talented musician and blew us away when he sat down and played our piano one day while at the house. He does not have a lot of assets and sometimes plays in a band to make a few extra bucks. He served honorably as a US Marine and without a doubt loves this country.

We are proud to call Michael our friend who is a good caring family man and who served his country. We trust you will consider this in your decision. Thank you and we appreciate your time.


Sincerely,

John P. Chirico, Jr.

June 13, 2024

To the Honorable Rudolph Contreras,

Our names are Mark and Karen Bryden. We've known Michael Asbury for approximately two years. He worked for the contractor who built our home.

Mike is a very gentle, respectful young man. I remember the first time I met him. He always said "yes ma'am" and "no ma'am" to me. I came over to our home construction site one day to talk to the head foreman, about my frustration with the contractor. Michael respectfully bowed his head as I vented. I remember thinking what a gentleman he was. Mike has always been this way around us.

Mike has integrity. He is very skilled in his profession. He is honest and we have complete trust in Mike and his work. He is always willing to help us with any concerns we have with our house.

Mike and his wife are committed to one another in their many years of marriage. He is a loving Dad of two teenagers. He is an outstanding and talented musician. He performs in a local band that performs in many venues.

Everyone I know who had their homes built by Mike, have the utmost admiration for his character. He is an upstanding citizen throughout the community. He is a very positive man and trusts in God.

Thank you.

Mary-Kay Butler

April 17, 2024

Honorable Rudolph Contreras:

My name is Mary-Kay Butler and I am writing to you concerning Michael Asbury.

I am currently retired. In the past I have worked in the medical field and for financial institutions. I have raised 3 children. My husband and I moved to Tennessee nearly 3 years ago to build our forever home.

We met Mike Asbury during the construction process of that home. In the course of our association with Mr. Asbury he has proven to be reliable, responsible, generous with his time, dedicated to solving problems and providing answers.

He mentions his family with pride and has spoken of the activities that he shares with his children. It is clear from our conversations that he and his wife are dedicated to providing a solid foundation for their children. He talks with them in ways that help them to understand and resolve concerns and issues that are frequently a part of young peoples lives. He is a caring, dedicated and proud father.

I know him to be trustworthy, honest and hold him in high regard.

Sincerely,

*Mary-Kay Butler*

Mary-Kay Butler