UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|           Plaintiff, ) | |
| v.                                                                 ) | No. 1:23-cr-236-01-RC |
|                                           ) | |
| MICHAEL ASBURY ) | |
|           Defendant. ) | |

## MOTION TO EXTEND DEFENDANT'S REPORT DATE TO THE BUREAU OF PRISONS

Michael Asbury, through his undersigned counsel, moves this Honorable Court to extend his report date to the Bureau of Prison for the service of his sentence by approximately 90 days. In support of his motion, Mr. Asbury avers the following:

1. On August 26, 2024, this Court sentenced Mr. Asbury to serve four (4) months of incarceration in the Bureau of Prisons ("BOP"). Judgment formally entered on August 27, 2024. [Doc. 59]. The judgment orders Mr. Asbury to surrender for service of his sentence at the institution designed by the BOP as notified by the Probation and Pretrial Services Office. *Id*.

2. On September 19, 2024, Mr. Asbury received a letter from the District of Columbia Probation Office instructing him to report to Federal Correctional Institution ("FCI") Ashland no later than 2:00 P.M. on October 8, 2024.

3. Mr. Asbury's mother recently suffered three stroke-like episodes; she is under the care of a neurologist. Mr. Asbury's mother lives alone, and Mr. Asbury is her primary form of transportation to and from medical appointments. Mr. Asbury's mother was hospitalized as recently as the week of September 16, 2024. Following discharge from the hospital, Mr. Asbury's

mother attends physical therapy three times per week. Mr. Asbury is often the person responsible for driving her to these physical therapy sessions.

4. Mr. Asbury, a construction manager, is scheduled to help complete construction on five homes in East Tennessee by the end of 2024. His employer is relying on Mr. Asbury to timely complete construction on these homes.

5. As discussed in detail in his Presentence Investigation Report and Sentencing Memorandum, Mr. Asbury is the primary financial support for his wife and two minor children. [Docs. 48, 51]. Upon reporting to the BOP, Mr. Asbury will no longer be employed. This is a family with no safety net. In an effort to be able to pay the mortgage on the family home, as well as provide for other essentials while he is serving his sentence, Mr. Asbury has taken on additional work. Crucially, Mr. Asbury has been hired to paint the exterior of a house in East Tennessee for which he expects to earn approximately $5,000. Mr. Asbury expects to complete this job in November 2024. In December 2024, Mr. Asbury is scheduled to perform and record with Three Dog Celebration (a celebration of the original Three Dog Night band) and drummer Michael McMeel. Mr. Asbury expects to earn approximately $500 for his work with the band.

6. Mr. Asbury's children have had a difficult time processing their father's impending incarceration. The Asbury family is closeknit, and the children have never spent more than a few nights away from their parents. Delaying Mr. Asbury's incarceration would give the children more time to emotionally process the separation from their father, and would allow the family to spend the holiday season together.

7. Mr. Asbury has had exemplary behavior while under the supervision of Pretrial Services. His supervising officer in the Eastern District of Tennessee, Officer Robert Scott Queener, writes the following: "Mr. Asbury has been on Pretrial Supervision since July 13, 2023.

During that time, he has been supervised by two different United States Probation Officers (USPO Worthington and USPO Queener). Mr. Asbury has performed exceptionally well while on pretrial supervision. He routinely checks in with his assigned officers without fail and without hesitation. All of Mr. Asbury's drug screens have been negative. Mr. Asbury has maintained steady employment and is dedicated to the wellbeing of his family."

8. Mr. Asbury does not file this motion to avoid serving his prison sentence. The request is simply to extend the date on which he needs to report to the BOP by approximately 90 days so that his mother's health may stabilize, and his family can financially make it through Mr. Asbury's term of incarceration.

Respectfully submitted, this 20th day of September, 2024.

                                        FEDERAL DEFENDER SERVICES
                                      OF EASTERN TENNESSEE, INC.

BY:   /s/*Sarah H. Olesiuk*
           Sarah H. Olesiuk
           Assistant Federal Defender
           TN Bar No. 030290

           Federal Defender Services
           of Eastern Tennessee, Inc.
           800 S. Gay St., Suite 2400
           Knoxville, TN 37929

           COUNSEL FOR DEFENDANT