UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No.: 23-236 (RC) |
| MICHAEL ASBURY, | Re Document No.: 65 |
| Defendant. | |

## ORDER

**GRANTING IN PART DEFENDANT'S MOTION TO EXTEND REPORT DATE**

It is hereby **ORDERED** that Defendant's motion to extend his report date (ECF No. 65) is **GRANTED IN PART**; and it is

**FURTHER ORDERED** that Defendant's report date shall be extended to a date no earlier than December 9, 2024.

**SO ORDERED**.

Dated: 9/27/2024

RUDOLPH CONTRERAS
United States District Judge